IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRENCE GOGGIN,<br><br>Defendant. | **Case No.:** CR 18–0415 JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING** |

### STIPULATION OF THE PARTIES

The above-entitled matter is currently scheduled for an initial status conference before the Court on January 30, 2019 at 10 a.m. The parties have jointly agreed to request a continuance of this appearance for approximately 30 days until February 27, 2019, or such other date as convenient to the Court. The reasons for this request are that undersigned defense counsel is transferring to the San Francisco office of the Office of the Federal Public Defender and is transitioning his Oakland-based cases to the other Assistant Federal Public Defenders stationed in Oakland; the parties therefore agree that a continuance is in order to facilitate the transition and permit new counsel to assume responsibilities for this case. Additionally, no Protective Order has been entered in this case yet, and the parties believe it would be most efficient for substitute counsel to negotiate the terms of the Protective Order. Finally, pending entry of the Protective Order, the government is preparing to produce approximately 3,000 pages of discovery which substitute defense counsel will need time to review and analyze before setting future dates in this matter.

//

//

**IT IS SO STIPULATED.**

January 29, 2019
Dated

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
KATIE MEDEARIS
Assistant United States Attorney

January 29, 2019
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
DAVID RIZK
Assistant Federal Public Defender

### [PROPOSED] ORDER

Therefore, for good cause shown, the Court finds and the parties agree that the hearing currently scheduled on ~~December~~ January 30, 2019 at ~~10~~ 10:30 a.m., shall be continued until February 27, 2019 at ~~10~~ 10:30 a.m., in San Francisco~~, or such other date as convenient to the Court~~. The Court further finds, based on the stipulation of the parties, that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act from January 30, 2019 through February 27, 2019. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

January 29, 2019
Dated

GRANTED
Judge James Donato

STIP. ORD. CONTINUING HEARING
*GOGGIN*, CR 18–0415 JD

2