STEVEN G. KALAR
Federal Public Defender
HANNI M. FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Hanni_Fakhoury@fd.org

Attorneys for Terrence Goggin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRENCE GOGGIN<br><br>Defendant. | **Case Nos.:** CR 18-415-JD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING TO JUNE 19, 2019 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:**        Courtroom 11, 19th Floor<br>**Hearing Date:**  May 1, 2019<br>**Hearing Time:**  10:30 a.m. |

Mr. Goggin is charged in a 13 count superseding indictment with wire fraud, in violation of 18 U.S.C. § 1343, and engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. § 1957.  He is out of custody and his case is currently set for a status hearing before this Court on May 1, 2019.  Undersigned defense counsel took over this case from a colleague on February 4, 2019.  *See* Dkt. 23.  On February 22, 2019, this Court approved a protective order negotiated by the parties, which the government requested before the production of discovery.  *See* Dkt. 26.  After this Court issued the protective order, the government produced approximately 11,000 pages of discovery on March 19, 2019.  Defense counsel has been working

1  with a Federal Public Defender paralegal to diligently review these materials.  On April 16, 2019,

2  government counsel informed defense counsel that another 12,000 pages of discovery would be

3  produced within the next one to two months.  Given the volume of discovery, defense counsel needs

4  more time to review these materials with Mr. Goggin once received.  Thus the parties request the

5  status hearing be continued to June 19, 2019 at 10:30 a.m.

6      The parties also request this Court exclude time under the Speedy Trial Act, between April 24,

7  2019 and June 19, 2019.  Time was previously excluded through April 24, 2019 for effective

8  preparation of counsel. *See* Dkt. 27.  On March 8, 2019, this Court continued the status conference to

9  May 1, 2019, *see* Dkt. 30, but did not issue an order excluding time through that day.  Thus the

10  parties agree that time should be excluded between April 24, 2019 through June 19, 2019, to allow

11  for the effective preparation of counsel and continuity of counsel, taking into account the exercise of

12  due diligence, as defense counsel continues to investigate the case, review the evidence and consult

13  with his client.

14

    IT IS SO STIPULATED.

15

16  Dated:      April 18, 2019                    DAVID L. ANDERSON
                                                  United States Attorney
17                                                Northern District of California

18                                                _____/S_____

19                                                KATIE MEDEARIS
                                                  Assistant United States Attorney
20

21

22  Dated:      April 18, 2019                    STEVEN G. KALAR
                                                  Federal Public Defender
23                                                Northern District of California

24                                                _____/S_____

25                                                HANNI M. FAKHOURY
                                                  Assistant Federal Public Defender

26

27

28

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1.     The defendant and defense counsel need additional time to review discovery and discuss the case and the evidence with the defendant;

2.     These tasks are necessary for the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3.     The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, **IT IS HEREBY ORDERED**

1.     The status hearing set for May 1, 2019 at 10:30 a.m. before this Court is vacated and reset for June 19, 2019 at 10:30 a.m.; and

2.     Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 24, 2019 through June 19, 2019.

IT IS SO ORDERED.


DATED:   April 22, 2019



HON.
United

APPROVED

Judge James Donato