STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI M. FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Counsel for Terrence Goggin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRENCE GOGGIN, <br><br> Defendant. | **Case No.:** CR 18–415 JD <br><br> **STIPULATION AND [PROPOSED] ORDER STRIKING 3582 WAIVER FROM PLEA AGREEMENT** <br><br> **Court:** Courtroom 11, 19th Floor <br> **Hearing Date:** September 30, 2020 <br> **Hearing Time:** 10:30 a.m. |

    This case is currently set for sentencing on September 30, 2020. Before the Court imposes sentence, the parties jointly request pursuant to Paragraph 11 of the Plea Agreement (Dkt. no. 47), which allows the parties to amend the agreement in writing, that the Court strike the last sentence in Paragraph 5 of the agreement, which reads: "I also agree not to seek relief under 18 U.S.C. § 3582." All other terms of the plea agreement remain in effect.

IT IS SO STIPULATED.

Dated:   June 30, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
HANNI M. FAKHOURY
Assistant Federal Public Defender

Dated:   June 30, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

_____/S_____
KATHERINE LLOYD-LOVETT
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER STRIKING 3582 WAIVER FROM PLEA AGREEMENT
*GOGGIN*, CR 18–415 JD

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–415 JD |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER STRIKING 3582 WAIVER FROM PLEA AGREEMENT** |
| v. | **Court:** Courtroom 11, 19th Floor |
| TERRENCE GOGGIN, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby strikes the following sentence from Paragraph 5 of the Plea Agreement (Dkt. No. 47): "I also agree not to seek relief under 18 U.S.C. § 3582."

**IT IS SO ORDERED.**

DATED:  July 8, 2020                          _____
HONORABLE JAMES DONATO
United States District Judge